# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**PHARMACY AND HEALTHCARE SOLUTIONS, LLC.,**
**d/b/a SOLUTIONS RX**                                      **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 1:21CV117-GHD-RP**

**VINCO, INC.**                                                     **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause having come on to be heard and the Court, being advised in the premises that the parties have entered an agreement to have all claims dismissed with prejudice in the above styled and cause of action, does hereby find that said matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that all Claims in the above styled cause of action should be, and hereby are, dismissed with prejudice, with each party to bear its own costs and expenses associated with these proceedings.

THIS the 8th day of August, 2022.

                                                              /s/ Glen H. Davidson
                                                          UNITED STATES DISTRICT COURT JUDGE